

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2022

No. 04-22-00721-CR

Joshua **SCHULZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Wilson County, Texas
Trial Court No. CC22050187
Richard L. Jackson, Judge Presiding

# O R D E R

On October 28, 2022, appellant filed a Motion to Extend Deadline for Filing Notice of Appeal. On that same day, appellant filed a timely Notice of Appeal. We therefore **DENY** the motion as **MOOT**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court